FILED
08 MAY -6 PM 4:19
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FRANCISCO P. CASTILLO,

    Plaintiff,

vs.

B. CURRY, et al.,

    Defendant.

CASE NO. CV 08 2243 CW (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, __Francisco P. Castillo__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes ____ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____
7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or                Yes ____   No _xx_
10              self employment
11    b.   Income from stocks, bonds,             Yes ____   No _xx_
12              or royalties?
13    c.   Rent payments?                         Yes ____   No _xx_
14    d.   Pensions, annuities, or                Yes ____   No _xx_
15              life insurance payments?
16    e.   Federal or State welfare payments,     Yes ____   No _xx_
17              Social Security or other govern-
18              ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____
23 3.  Are you married?                           Yes ____   No _xx_
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4.    a.   List amount you contribute to your spouse's support:$ _____

US. APP. TO PROC. IN FORMA PAUPERIS, Case No._____    - 2 -

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

NONE
_____

5. Do you own or are you buying a home?  Yes ____ No **xx**

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?  Yes ____ No **xx**

Make _____ Year _____ Model _____

Is it financed? Yes ____ No ____ If so, Total due: $_____

Monthly Payment: $_____

7. Do you have a bank account?  Yes ____ No **xx** (Do not include account numbers.)

Name(s) and address(es) of bank: _____
_____

Present balance(s): $_____

Do you own any cash? Yes ____ No **xx** Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No **xx**
_____

8. What are your monthly expenses?

Rent: $ 0.00                         Utilities: $ 0.00

Food: $ 0.00                         Clothing: $ 0.00

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ 0.00 | $ 0.00 |
| _____ | $ 0.00 | $ 0.00 |
| _____ | $ _____ | $ _____ |

9. Do

you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____NONE_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No XX

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____NONE_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

April 28, 2008                    *Francisco Castillo Jr.*

DATE                              SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached is a true and correct copy of the prisoner's trust account statement showing transactions of

__Castillo, Francisco__ for the last six months
(prisoner name)

at **CORRECTIONAL TRAINING FACILITY-SOLEDAD** where
(name of institution)

(s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __15.64__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __22.49__.

Dated: __5/1/08__   __Yolanda Chavez, Acct 1 Specialist__
Authorized officer of the institution

Correctional Training Facility
P. O. Box 686
(5 Miles N of Soledad on US 101)
Soledad, California 93960
ATN: Trust office



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 5/1/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY __Yolanda Chavez, Acct 1 Specialist__
TRUST OFFICE

1
2                                          Case Number: _____
3
4
5
6
7
8
9                    **CERTIFICATE OF FUNDS**
10                              IN
11                    **PRISONER'S ACCOUNT**
12
13    I certify that attached hereto is a true and correct copy of the prisoner's trust account
14 statement showing transactions of __Francisco P. Castillo__ for the last six months
15 at   Correctional Training Facility - Central
16                            [prisoner name]
17    __Soledad, CA 93960-0686__   where (s)he is confined.
18         [name of institution]
19    I further certify that the average deposits each month to this prisoner's account for the
20 most recent 6-month period were $ _____ and the average balance in the prisoner's
21 account each month for the most recent 6-month period was $_____.
22
23 Dated:_____           _____
24                                 [Authorized officer of the institution]
25
26
27
28

- 5 -

```
REPORT ID: TS3030  .701                                         REPORT DATE: 05/01/08
                                                                PAGE NO:           1
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                            CTF SOLEDAD/TRUST ACCOUNTING
                            INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                       FOR THE PERIOD: DEC. 02, 2007 THRU MAY 01, 2008

ACCOUNT NUMBER  : C85768                       BED/CELL NUMBER: CFFWT300000318L
ACCOUNT NAME    : CASTILLO, FRANCISCO          ACCOUNT TYPE: I
PRIVILEGE GROUP : A

                              TRUST ACCOUNT ACTIVITY

         TRAN
DATE     CODE   DESCRIPTION         COMMENT         CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE

12/02/2007      BEGINNING BALANCE                                                          0.94
             ACTIVITY FOR 2008
12/05  D554  INMATE PAYROL  1741 P16                           20.00                      20.94
01/03*D554   INMATE PAYROL  2035 P8                            20.00                      40.94
01/11  W389  DONATION - YO  2139 FBB-C                                       30.75        10.19
01/18  W476  DONATION-PROT  2264TITHES                                        5.00         5.19
02/04  D554  INMATE PAYROL  2465 P16                           20.00                      25.19
02/13  W476  DONATION-PROT  2601TITHES                                        5.00        20.19
03/06  D554  INMATE PAYROL  2856 P9                            20.00                      40.19
04/03  D554  INMATE PAYROL  3155 P3                            13.86                      54.05
04/08  W476  DONATION-PROT  3243TITHES                                        5.00        49.05
04/15  W450  DONATION-VETE  3376SUBWAY                                       11.00        38.05
04/24  W476  DONATION-PROT  3525TITHES                                        5.00        33.05

                             TRUST ACCOUNT SUMMARY

 BEGINNING      TOTAL          TOTAL         CURRENT       HOLDS        TRANSACTIONS
 BALANCE       DEPOSITS     WITHDRAWALS      BALANCE      BALANCE       TO BE POSTED

    0.94        93.86          61.75          33.05         0.00            0.00

                                                           CURRENT
                                                          AVAILABLE
                                                           BALANCE
                                                          ---------
                                                            33.05
```

Correctional Training Facility
P. O. Box 686
(5 Miles N of Soledad on US 101)
Soledad, California 93960
Attn: Trust office



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 5/1/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Yolanda Cheng_ Acct/Specialist
                TRUST OFFICE