IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO CASTILLO, | No. C 08-2343 CW (PR) |
| Petitioner, | |
| v. | ORDER REQUESTING SUPPLEMENTAL BRIEFING |
| BEN CURRY, Warden, | |
| Respondent. | |

A recent en banc decision from the Ninth Circuit, <u>Hayward v. Marshall</u>, No. 06-55392, 2010 WL 1664977 (9th Cir. April 22, 2010) (en banc), addressed important issues relating to federal habeas review of Board of Parole Hearings (BPH) decisions denying parole to California state prisoners. Therefore, the Court will provide each party an opportunity to submit a supplemental brief (not to exceed ten (10) pages in length) explaining his views of how the <u>Hayward</u> en banc decision applies to the facts presented in Petitioner's challenge to BPH's decision denying him parole.

//
//

The Court sets the following schedule:

1. No later than May 10, 2010, Respondent must send to Petitioner a copy of the <u>Hayward</u> en banc decision.

2. No later than May 28, 2010, Respondent must file and serve any supplemental brief applying <u>Hayward</u> to the facts presented in Petitioner's case.

3. No later than July 2, 2010, Petitioner must file and serve any supplemental brief applying <u>Hayward</u> to the facts presented in his case.

IT IS SO ORDERED.

Dated: 5/6/2010

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

FRANCISCO P. CASTILLO JR,

        Plaintiff,

v.

B. CURRY et al,

        Defendant.

Case Number: CV08-02343 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 6, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Francisco P. Castillo C-85768
Correctional Training Facility
C-329-Low
P.O. Box 689
Soledad, CA 93960

Dated: May 6, 2010

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk

3