IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO P. CASTILLO, JR., | No. C 08-2343 CW (PR) |
| Petitioner, | |
| v. | ORDER GRANTING EXTENSION OF TIME FOR PETITIONER TO FILE SUPPLEMENTAL BRIEFING |
| BEN CURRY, Warden, | |
| Respondent. | (Doc. #10) |

Petitioner's request for an extension of time to file supplemental briefing (Doc. #10) is GRANTED. The July 2, 2010 due date for Petitioner's supplemental briefing is hereby VACATED. Petitioner's supplemental briefing, limited to ten (10) pages, is now due on July 16, 2010. Should Petitioner fail to file by that date, the matter will be deemed submitted and decided on the papers.

IT IS SO ORDERED.

Dated: 7/2/2010

CLAUDIA WILKEN
United States District Judge

|   |   |
|---|---|
| 1 | |
| 2 | |

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

FRANCISCO P. CASTILLO JR,

        Plaintiff,

v.

B. CURRY,

        Defendant.

Case Number: CV08-02343 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 2, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Francisco P. Castillo C-85768
Correctional Training Facility
C-329-Low
P.O. Box 689
Soledad, CA 93960

Dated: July 2, 2010

                                        Richard W. Wieking, Clerk
                                        By: Nikki Riley, Deputy Clerk